UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOXWARE, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>HONEYWELL INTERNATIONAL INC., HAND HELD PRODUCTS, INC., INTERMEC INC., VOCOLLECT, INC.,<br><br>        Defendants.<br><br>HONEYWELL INTERNATIONAL INC., VOCOLLECT INC.,<br><br>        Counterclaim Plaintiffs,<br><br>   v.<br><br>VOXWARE, INC.,<br><br>        Counterclaim Defendants. | Case No. 1:23-CV-00052-JCG |

**STIPULATION AND ORDER TO STAY DEADLINES**

      WHEREAS, the parties believe it would be productive for the current litigation activities to remain stayed for an additional brief period of time to permit the parties to engage in a scheduled mediation in New York, New York on December 18, 2023, and time to continue settlement discussions thereafter.

      IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that: (1) all current litigation activities between the parties shall remain stayed through January 31, 2024; and (2) the following deadlines in the Scheduling Order (D.I. 14), as amended (D.I. 69), shall be extended as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Opening claim construction brief | November 22, 2023 | January 31, 2024 |
| Answering claim construction brief | December 22, 2023 | March 1, 2024 |
| Reply claim construction brief | January 10, 2024 | March 22, 2024 |
| Sur-reply claim construction brief | January 22, 2024 | April 12, 2024 |
| Substantial completion date for document production | January 2, 2024 | March 29, 2024 |
| Joint claim construction brief | January 29, 2024 | April 19, 2024 |
| Claim construction hearing | TBD | May 16, 2024 |
| Final infringement contentions | March 26, 2024 | June 14, 2024 |
| Final invalidity contentions | April 23, 2024 | July 19, 2024 |
| Fact discovery cut off | May 29, 2024 | August 23, 2024 |
| Initial Rule 26(a)(2) disclosure of expert testimony for the party who has the initial burden of proof on the subject matter | June 26, 2024 | September 20, 2024 |
| Supplemental disclosure to contradict or rebut evidence on the same matter identified by another party | July 24, 2024 | October 18, 2024 |
| Reply expert reports from the party with the initial burden of proof | August 14, 2024 | November 8, 2024 |
| Completion date for expert depositions | September 19, 2024 | December 13, 2024 |
| All case dispositive motions (including Daubert motions) due | October 6, 2024 | January 10, 2025 |
| Pre-Trial Conference | March 7, 2025 | June ___, 2025 |
| Trial | March 17, 2025 | June ___, 2025 |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Kelly E. Farnan* | */s/ Rodger D. Smith II* |
| Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com | Rodger D. Smith II (#3778)<br>Benjamin Yenerall (#7132)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>byenerall@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

November 21, 2023

SO ORDERED this  21st  day of November, 2023

   /s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.